**LEWIS BRISBOIS BISGAARD & SMITH LLP**  
Thomas S. Kiddé, SB# 61717  
kidde@lbbslaw.com  
221 North Figueroa Street, Suite 1200  
Los Angeles, California 90012  
Telephone: (213) 250-1800  
Facsimile: (213) 250-7900

**JS-6**

Attorneys for Plaintiff and Counterclaim Defendant  
Bent Manufacturing Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENT MANUFACTURING COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>PLASTICADE PRODUCTS CORPORATION,<br><br>   Defendants. | CASE NO. SACV-06-1210 DOC (ANx)<br><br>**ORDER OF DISMISSAL**<br><br>FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(ii) |

Plaintiff and Counterclaim Defendant Bent Manufacturing Company and Defendant and Counterclaimant Plasticade Products Corporation, having filed a Stipulation of Dismissal on April 30, 2008, in accordance with Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), with each party to bear its own costs,

IT IS ORDERED that this action is dismissed, each party to bear its own costs.

DATED: April 30, 2008

_____  
David O. Carter  
Judge, United States District Court

4824-6466-3042.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On April 30, 2008, I served the following document described as **ORDER OF DISMISSAL [PROPOSED]** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**Mark H. Remus, Esq.**
**Brinks Hofer Gilson & Lione**
**NBC Tower**
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611-5599

**James B. Hicks**
**Hicks Park, LLP**
824 Wilshire Blvd., Ste. 2400
Los Angeles, CA 90017

**J. Harrison Colter**
**Colter Jennings**
333 South 520 West, Suite 310
Lindon, Utah 84042

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 30, 2008 at Los Angeles, California.

Mona Jackson

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800